UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Michael Hammond

        v.                                          Civil No. 07-cv-268-SM

US Postal Service

O R D E R

Defendant's proposed discovery and litigation plan (document #7) is adopted as a scheduling order, with the following modifications: Completion of Discovery: August 1, 2008; Interrogatories and Requests for Admission: 25 per side, with leave to seek additional if necessary; Depositions: 10 per side, 1 day (7 hours) each; Expert Report Disclosure: Plaintiff: September 1, 2008, Defendant: October 1, 2008; Dispositive Motions: Motions to Dismiss: March 15, 2008, Summary Judgment: on or before November 1, 2008.

      SO ORDERED.

January 2, 2008

                                                    Steven J. McAuliffe
                                                    Chief Judge

cc:    Penny Sue Dean, Esq.
       Gretchen Leah Witt, Esq.